JOSEPH P. MOOR, TRUSTEE, APPELLANT, v. MOSES H. KECK ET AL., APPELLEES.

FILED MAY 21, 1909.  No. 15,998.

APPEAL from the district court for Saunders county: BENJAMIN F. GOOD, JUDGE. *Affirmed.*

*Clark & Allen,* for appellant.

*G. W. Simpson* and *H. Gilkeson, contra.*

DEAN, J.

The facts in this case are substantially the same as the facts in the case of *Hotchkiss v. Keck, ante,* p. 545, and the judgment of the district court in this case is affirmed upon that authority.

AFFIRMED.